# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02971-KAS

**ANDREW PATTON**, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**BOULDER COMMUNITY HEALTH,**

    Defendant.

## JOINT NOTICE OF RULE 41 DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Andrew Patton, individually and on behalf of the current opt-in Plaintiffs ("Plaintiffs") and Defendant Boulder Community Health ("Defendant"), stipulate to dismissal with prejudice of all claims and causes of action asserted against Defendant in this case by Plaintiffs, with each party to bear their own costs and attorneys' fees.

DATED this 5th day of May 2025.

Respectfully submitted,

*/s/ Donald L. Samuels*
Donald L. Samuels
Matthew E. Kapsak
Polsinelli PC
1401 Lawrence St., Suite 2300
Denver, CO 80202
T: (720) 931-1164
F: (720) 294-2568
Email: dsamuels@polsinelli.com
Email: mkapsak@polsinelli.com

*Attorneys for Defendant*

*/s/ Clif Alexander*
Clif Alexander
Lauren E. Braddy
Anderson Alexander, PLLC
101 N. Shoreline Blvd., Suite 610
Corpus Christi, TX 78401
Telephone: (361) 452-1279
Email: clif@a2xlaw.com
Email: lauren@a2xlaw.com

*Attorneys for Plaintiff*